NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1492

GILDA INDUSTRIES, INC.,

Plaintiff-Appellee,

and

NESTLE WATERS NORTH AMERICA, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of International Trade in case no. 07-00474, Senior Judge R. Kenton Musgrave.

ON MOTION

Before DYK, Circuit Judge.

ORDER

Upon consideration of the motion of the Cheese Importers Association of America, Inc. for leave to file a brief amicus curiae,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 8 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Peter S. Herrick, Esq.
     Jonathan T. Stoel, Esq.
     David S. Silverbrand, Esq.
     Mark R. Sandstrom, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2010

JAN HORBALY
CLERK